UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN JARVIS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA and PENSKE TRUCK LEASING CO., L.P.,<br><br>　　　　Defendants. | Case No. 2:17-cv-01414-MCE-GGH<br><br>**ORDER GRANTING STIPULATION TO DISMISS PENSKE TRUCK LEASING CO., L.P.**<br><br>Judge: Hon. Morrison C. England, Jr.<br><br>Complaint Filed: July 8, 2017 |

Pursuant to Rule 41(a)(1)(A)(ii), it is hereby ordered that Defendant PENSKE TRUCK LEASING CO., L.P., be dismissed from this action without prejudice, with the Parties to bear their own attorneys' fees and costs directly related to the instant Stipulation to Dismiss PENSKE TRUCK LEASING CO., L.P. The Prudential Insurance Company of America shall remain the only named defendant in this action.

IT IS SO ORDERED.

Dated: September 5, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1