# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN JARVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA and PENSKE TRUCK LEASING CO., L.P., ,<br><br>    Defendants. | Case No. 2:17-cv-01414-MCE-GGH<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:17-cv-01414-MCE-GGH, is dismissed in its entirety as to all defendants, with prejudice, each Party to bear its own attorneys' fees and costs in this matter.

IT IS HEREBY FURTHER ORDERED that all dates set in this matter are vacated and taken off the Court's calendar.

IT IS SO ORDERED.

Dated: March 14, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE